[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-13122

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 7, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-00025-CV-4

BRIAN DUNN,

                                        Plaintiff-Appellant,

                    versus

CSX TRANSPORTATION, INC.,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(June 7, 2006)**

Before TJOFLAT, BARKETT and HILL, Circuit Judges.

PER CURIAM:

    After considering the parties' briefs and entertaining oral argument, we

affirm the district court's judgment. For the reasons stated in the court's May 26,

2005 order granting appellee summary judgment, the record is insufficient to make out a claim under either count of appellant's complaint.

AFFIRMED.